IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 13-662-RGA |
| ) | |
| v. ) | |
| ) | |
| ANIMAS CORPORATION and ) | |
| JOHNSON & JOHNSON SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David T. Pritikin, Hugh A. Abrams, and James I. Zirkle to represent the defendants in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, the fees for the attorneys listed will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

Dated: December 30, 2013

{00765445;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RYDEX TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-662-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| ANIMAS CORPORATION and | ) | |
| JOHNSON & JOHNSON SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 201__, the Court having considered the motion for the admission *pro hac vice* of David T. Pritikin, Hugh A. Abrams, and James I. Zirkle to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00765445;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                            David T. Pritikin
                                            Sidley Austin LLP
                                            One South Dearborn Street
                                            Chicago, IL 60603
                                            (312) 853-7000

Dated: December 23, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Hugh A. Abrams
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: December 27, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

James I. Zirkle
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated: 12/27/2013