**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00662-RGA |
| v. | |
| ANIMAS CORPORATION, JOHNSON & JOHNSON SERVICES, INC., | JURY TRIAL DEMANDED |
| Defendants. | |
| RYDEX TECHNOLOGIES, LLC | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00663-RGA |
| v. | |
| B. BRAUN MEDICAL, INC. and B. BRAUN MELSUNGEN AG, | JURY TRIAL DEMANDED |
| Defendants. | |
| RYDEX TECHNOLOGIES, LLC | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00664-RGA |
| v. | |
| BAXTER INTERNATIONAL, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| RYDEX TECHNOLOGIES, LLC | |
| Plaintiff, | |
| | Civil Action No. 1:13-cv-00665-RGA |
| v. | |
| CAREFUSION CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

1

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>HAEMONETICS CORPORATION,<br><br>Defendant. | Civil Action No. 1:13-cv-00667-RGA<br><br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-00668-RGA<br><br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>MEDRAD, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-00671-RGA<br><br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>SMITHS MEDICAL and SMITHS<br>MEDICAL ASD, INC.,<br><br>Defendants. | Civil Action No. 1:13-cv-00675-RGA<br><br><br>JURY TRIAL DEMANDED |

## <u>MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of James Perkins of Farney Daniels PC, 8401 N. Central Expressway, Ste. 280, Dallas, Texas  75225 and Robert Kiddie of Farney Daniels PC, 800 South Austin Ave., Suite 200, Georgetown, Texas  78626, to represent Plaintiff Rydex Technologies, LLC in these matters.

DATED:  January 23, 2014                  FARNEY DANIELS PC

                                          */s/ Timothy Devlin*
                                          Timothy Devlin #4241
                                          tdevlin@farneydaniels.com
                                          1220 Market Street, Suite 850
                                          Wilmington, DE 19801
                                          Telephone:  (302) 300-4626

                                          *Attorneys for Plaintiff*
                                          *Rydex Technologies, LLC*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of James

Perkins and Robert Kiddie is GRANTED.


Date: _____          _____

                                             United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are

being served January 23, 2014, with a copy of this document via the Court's CM/ECF system.

*/s/ Timothy Devlin*
Timothy Devlin #4241

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

DATED:  January 23, 2014

James Perkins
Farney Daniels PC
8401 N. Central Expressway, Ste. 280
Dallas, Texas  75225
(972) 432-5780
JPerkins@farneydaniels.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

DATED:  January 23, 2014

_____
Robert Kiddie
Farney Daniels PC
800 S. Austin Ave., Ste. 200
Georgetown, Texas  78626
(512) 582-2828
RKiddie@farneydaniels.com

7