**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>ANIMAS CORPORATION, JOHNSON & JOHNSON SERVICES, INC.,<br><br>   Defendants. | Civil Action No. 13-662-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>B. BRAUN MEDICAL, INC.,<br><br>   Defendant. | Civil Action No. 13-663-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>   Defendant. | Civil Action No. 13-664-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>CAREFUSION CORPORATION,<br><br>   Defendant. | Civil Action No. 13-665-RGA<br><br>JURY TRIAL DEMANDED |

1

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HAEMONETICS CORPORATION, <br><br> Defendant. | Civil Action No. 13-667-RGA <br><br> JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOSPIRA, INC., <br><br> Defendant. | Civil Action No. 13-668-RGA <br><br> JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDRAD, INC., <br><br> Defendant. | Civil Action No. 13-671-RGA <br><br> JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMITHS MEDICAL ASD, INC., <br><br> Defendant. | Civil Action No. 13-675-RGA <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF RYDEX, TECHNOLOGIES, INC.,** were served on counsel as indicated below on February 28, 2014:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Timothy Devlin<br>FARNEY DANIELS PC<br>1220 Market Street, Suite 850<br>Wilmington, DE 19801<br>tdevlin@farneydaniels.com | **VIA U.S. MAIL**<br>James Perkins<br>Robert Kiddie<br>FARNEY DANIELS PC<br>8401 N. Central Expressway, Suite 280<br>Dallas, TX 75225<br>jperkins@farneydaniels.com<br>rkiddie@farneydaniels.com |
| **VIA HAND DELIVERY**<br>Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff*<br>*Rydex Technologies LLC* | *Attorneys for Plaintiff*<br>*Rydex Technologies LLC* |

  */s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
Brian A. Biggs (#5591)
DLA PIPER LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5645
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

John Allcock
Richard T. Mulloy
Jesse T. Hindman
Tiffany C. Miller
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700
john.allcock@dlapiper.com
rick.mulloy@dlapiper.com
jesse.hindman@dlapiper.co
tiffany.miller@dlapiper.com

*Attorneys for Defendant*
*CareFusion Corporation*

  */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney(#3726)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, Delaware 19801-1491
(302) 888-6800
kdorsney@morrisjames.com

Michael A. Tomasulo
Dae H. Cho
WINSTON & STRAWN LLP
333 S. Grand Avenue, Ste. 3800
Los Angeles, CA 90071-1543
(213) 615-1700
mtomasulo@winston.com
dcho@winston.com

*Attorneys for Defendant*
*Smiths Medical ASD, Inc.*

  */s/ Lauren E. Maguire*  
Steven J. Balick (#2114)  
Lauren E. Maguire (#4261)  
Andrew C. Mayo (#5207)  
ASHBY & GEDDES  
500 Delaware Avenue, 8th Floor  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
lmaguire@ashby-geddes.com  
amayo@ashby-geddes.com  

David T. Pritikin  
Hugh A. Abrams  
SIDLEY AUSTIN LLP  
One South Dearborn Chicago, IL 60603  
(312) 853-7000  
dpritikin@sidley.com  
habrams@sidley.com  

*Attorneys for Defendants Animas Corporation and Johnson & Johnson Services, Inc.*

  */s/ Mary B. Matterer*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@marrisjames.com  

Aaron A. Barlow  
Benjamin J. Bradford  
H. Ashley Chi  
JENNER & BLOCK LLP  
353 N. Clark Street  
Chicago, IL 60654-3456  
(312) 222-9350  
abarlow@jenner.com  
bbradford@jenner.com  
achi@jenner.com  

*Attorneys for Defendant Hospira, Inc.*

| | |
|---|---|
| */s/ Gregory E. Stuhlman* | */s/ Philip A. Rovner* |
| Gregory E. Stuhlman (#4765) | Philip A. Rovner (#3215) |
| Eve H. Ormerod (#5369) | Jonathan A. Choa (#5319) |
| GREENBERG TRAURIG, LLP | Alan R. Silverstein (#5066) |
| The Nemours Building | POTTER ANDERSON & CORROON LLP |
| 1007 North Orange Street, Suite 1200 | Hercules Plaza |
| Wilmington, DE 19801 | P.O. Box 951 |
| (302) 661-7000 | Wilmington, DE 19899 |
| stuhlmang@gtlaw.com | (302) 984-6000 |
| ormerode@gtlaw.com | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| Scott J. Bornstein | asilverstein@potteranderson.com |
| Richard C. Pettus | |
| Justin A. MacLean | *Attorneys for Defendant* |
| GREENBERG TRAURIG, LLP | *Baxter International, Inc.* |
| MetLife Building | |
| 200 Park Avenue | |
| New York, NY 10166 | |
| (212) 801-9200 | |
| bornsteins@gtlaw.com | |
| pettusr@gtlaw.com | |
| macleanj@gtlaw.com | |
| | |
| *Attorneys for Defendant* | |
| *B. Braun Medical, Inc.* | |

| | |
|---|---|
|   */s/ Rodger D. Smith II*             |   */s/ Rodger D. Smith II*             |
| Rodger D. Smith II (#3778) | Jack B. Blumenfeld (#1014) |
| MORRIS, NICHOLS, ARSHT | Rodger D. Smith II (#3778) |
| &TUNNELL LLP | MORRIS, NICHOLS, ARSHT |
| 1201 North Market Street, 18th Floor | &TUNNELL LLP |
| Wilmington, Delaware 19801 | 1201 North Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@mnat.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| Deepro Mukerjee | rsmith@mnat.com |
| Christopher L. McArdle | |
| ALSTON & BIRD LLP | Christopher J. Mandernach |
| 90 Park Avenue, 12th Floor | WILLIAMS &CONNOLLY LLP |
| New York, NY 10016-1387 | 725 Twelfth Street, N.W. |
| (212) 210-9400 | Washington, DC 20005 |
| deepro.mukerjee@alston.com | (202) 434-5138 |
| chris.mcardle@alston.com | cmandernach@wc.com |
| | |
| Kamran Jivani | *Attorneys for Defendant MEDRAD, Inc.* |
| ALSTON & BIRD LLP | |
| One Atlantic Center | |
| 1201 West Peachtree Street | |
| Atlanta, GA 30309 | |
| (404) 881-7000 | |
| kamran.jivani@alston.com | |
| | |
| *Attorneys for Defendant* | |
| *Haemonetics Corporation* | |