IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC<br><br>        Plaintiff,<br><br>v.<br><br>ANIMAS CORPORATION,<br><br>        Defendant. | Civil Action No. 1:13-cv-00662-RGA<br><br>JURY TRIAL DEMANDED |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ANIMAS CORPORATION.**

    IT IS HEREBY STIPULATED AND AGREED, that all claims brought by Plaintiff Rydex Technologies, LLC ("Rydex") against Defendant Animas Corporation, ("Animas"), are dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  June 6, 2014.                                           Respectfully submitted,


*/s/ Timothy Devlin*                                            */s/ Steven J. Balick*
Timothy Devlin #4241                                            Steven J. Balick #2114
tdevlin@devlinlawfirm.com                                       Sbalick@ashby-geddes.com
DEVLIN LAW FIRM LLC                                             Lauren E. Maguire #4261
1220 Market Street, Suite 850                                   Lmaguire@ashby-geddes.com
Wilmington, DE 19801                                            Andrew Mayo #5207
Telephone:  (302) 449-9011                                      amayo@ashby-geddes.com
                                                                ASHBY & GEDDES
Robert D. Kiddie (*pro hac vice*)                               500 Delaware Avenue, 8th Floor
rkiddie@farneydaniels.com                                       P.O. Box 1150
FARNEY DANIELS PC                                               Wilmington, DE 19899
800 S. Austin Ave., Suite 200                                   (302) 654-1888
Georgetown, TX 78626
Telephone:  (512) 582-2828                                      *Attorneys for Defendants Animas*
                                                                *Corporation*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Plaintiff*
*Rydex Technologies LLC*



IT IS SO ORDERED THIS _____ DAY OF _____, 2014.



_____

The Honorable Judge Richard G. Andrews
UNITED STATES DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

          */s/ Timothy Devlin*
          Timothy Devlin #4241